IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLY ST. CLAIR,

                     Plaintiff,

             v.                                      Case No.:  3:25-cv-539-jdp

LELAND DUDEK,
Acting Commissioner of Social Security,

                     Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms.  *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an administrative law judge (ALJ) will proceed through the sequential disability evaluation process as appropriate, including considering the medical source assessments, as necessary. The ALJ shall issue a new decision.

SO ORDERED this _16TH_ day of _DECEMBER 2025_.


Honorable James D. Peterson
United States District Judge